UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED

2016 OCT 24 P 1: 12

Lafesa Morris

_(In the space above enter the full name(s) of the plaintiff(s).)_

- against -

Camden County Police Department

Camden County Jail

**COMPLAINT**

Jury Trial: ☐ Yes ☒ No

(check one)

_(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)_

I. **Parties in this complaint:**

A. List your name, address and telephone number. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff  Name            Lafesa Morris
           Street Address  3307 Livingston Walk
           County, City    Camden, Camden
           State & Zip Code NJ 08104
           Telephone Number (856) 812-8190

B.  List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1

Name __Camden County Police Department__
Street Address __800 Federal St__
County, City __Camden, Camden__
State & Zip Code __NJ 08103__

Defendant No. 2

Name __Camden County Jail__
Street Address __330 Federal St__
County, City __Camden, Camden__
State & Zip Code __NJ 08103__

Defendant No. 3

Name _____
Street Address _____
County, City _____
State & Zip Code _____

Defendant No. 4

Name _____
Street Address _____
County, City _____
State & Zip Code _____

II.  **Basis for Jurisdiction:**

Federal courts are courts of limited jurisdiction. There are four types of cases that can be heard in federal court: 1) Federal Question - Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case; 2) Diversity of Citizenship - Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case; 3) U.S. Government Plaintiff; and 4) U.S. Government Defendant.

A.  What is the basis for federal court jurisdiction? *(check all that apply)*
    [ ] Federal Questions        [ ] Diversity of Citizenship
    [ ] U.S. Government Plaintiff  [ ] U.S. Government Defendant

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

- 2 -

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

### III.  Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.  Where did the events giving rise to your claim(s) occur? **Camden Police Department, Camden County Jail**

B.  What date and approximate time did the events giving rise to your claim(s) occur? **2-22-15**

**[What happened to you?]**

C.  Facts: **See attached**

**[Who did what?]**

The Camden Police officers (metro police) locked me up without proof or evidence. The Camden County Jail guards over populated the cells. I was in the cell with five people. I had to sleep near a toilet. With the lack of floor space with vomit and feces. We lacked human needs, which turned into violence and chaos.

**[Was anyone else involved?]**

Inmates, CO's, prosecuter's, Booking, jailer, Matron

**[Who else saw what happened?]**

Camden City Hall of Justice, Police Station, guard, Warden

-3-

## IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Panic attacks, Panic Disorder, High blood pressure, Shoulder Injuries, Shoulder Pain, Back injuries, Shoulder injuries, Arm injuries, Pulled muscle, Dehydration, Mild head injury, Infection, Urinary retention, Weak/injured bladder muscle, Abdominal pain, Hypersensitivity, Problems with memory and thinking, Bladder injury, Apathy, and Depression, Mental & Emotional Injury. South Jersey Behavioral Health, Cooper University Hospital, Osborne Clinic, Virtua hospital, Our Lady of Lour[des]

## V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. ~~South Jersey Behavioral Health~~ I am seeking the maximum amount of damages.

- 4 -

**I declare under penalty of perjury that the foregoing is true and correct.**

Signed this 24 day of October, 2016.

Signature of Plaintiff _Lylesta Morr_

Mailing Address _3307 Livingston Wlk, Camden NJ 08104_

Telephone Number _(856) 812-8190_

Fax Number *(if you have one)*

E-mail Address _Ms.morris31@yahoo.com_

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint.

Signature of Plaintiff: _Lylesta Morr_