# Lafesa Morris

3307 Livingston Wlk. Camden NJ | 856-812-8190 | Ms.Morris31@yahoo.com

CLERK
U.S. DISTRICT COURT
DISTRICT OF NEW JERSEY
RECEIVED
2016 OCT 24 P 1: 13

**October 24, 2016**

Lafesa Morris

Civil Complaint

Camden's Clerk's Office

Fourth & Cooper Streets, Room 1050

Camden, NJ 08101

To Whom It May Concern:

I was incarcerated in the Camden County Jail on February 22, 2015. The room I sleep in was 5 people to a cell including me. I was the last one to enter the cell which gave me no room or no space to sleep. I remember seeing a little space near the toilet so I took it and clearly no one was there. I just didn't want to be in the other lady's way. I folded my mat and curled up against the wall with my head down crying for help, asking God to save me. Their where a couple of addicts in the room suffering from withdrawal's which made it even worst. I was the only one there for a minor offense so the girls picked fights with me the over crowdedness of the cells was a disaster. It wasn't enough room everybody so we sleep on the floor and that wasn't the cleanliness place to sleep. The smell in the room smelled like vomit and diarrhea to breath that in was unbearable. After, asking the correctional officers if the ladies could be moved they gave us no response. We asked for more blankets sheets and etcetera we didn't get anything.

When It came close to the night I was in so much from my back being cramped into one position my arms, shoulder, neck and back being in a still position. My head was in chronic pain tremendously and my body was acing all over. Sleeping under the toilet the smell and the wet yucky vomit and diarrhea that covered the blankets and floor that contaminated my close and skin. The water that sprinkled on my skin from the flushing of the toilet. I would hit my head on the toilet because of the lack of space. The smell from the urine was very strong. You could hear people shouting and screaming all around asking for help. It was traumatizing and till this day I have pain, nightmares and can't breathe properly from holding my breath not getting proper clean air and oxygen.

I believe the Camden County Jail was very over populated and it took a tremendous toll on my life. It people life in jeopardy. It lacked a lot of things that daily humans need and space was one. There was a lot of violence that took place and I'm just glad I was one of the few who made It out.

Sincerely,   Lafesa Morris